FILED

**FOR PUBLICATION**

JUL 21 2014

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH RUDOLPH WOOD, III,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>CHARLES L. RYAN, Director of the Arizona Department of Corrections; et al.,<br><br>　　　　Defendants - Appellees. | No. 14-16310<br><br>D.C. No. 2:14-cv-01447-NVW-JFM<br>District of Arizona, Phoenix<br><br>ORDER |

Before: THOMAS, Circuit Judge and Capital Case Coordinator.

　　The full court has been advised of the petition for rehearing en banc. Pursuant to the rules applicable to capital cases in which an execution date has been scheduled, a deadline was established by which any judge could request a vote on whether the panel's July 19, 2014 opinion should be reheard en banc. A judge requested a vote on whether to rehear the panel's opinion en banc. A majority of the non-recused active judges did not vote in favor of rehearing en banc. Judges Graber, Murguia, and Hurwitz did not participate in the deliberations or vote in this case. The petition for rehearing en banc is denied. The Court's July 19, 2014 opinion, granting a conditional stay of Wood's execution, remains in effect.